UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORIENT OVERSEAS CONTAINER LINE LIMITED and OOCL (USA) INC., <br><br>Plaintiff(s),<br><br>-against-<br><br>STRONG INTERNATIONAL TRADING CO., STRONG AMERICA LIMITED and STRONG AMERICA LTD.<br><br>Defendant(s). | 07 CV _____<br><br><br><br>RULE 7.1 STATEMENT |

PLEASE TAKE NOTICE that JORGE A. RODRIGUEZ, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiffs, ORIENT OVERSEAS CONTAINER LINE LIMITED and OOCL (USA) INC., (collectively "OOCL"), certifies that ORIENT OVERSEAS (INTERNATIONAL) LIMITED is a corporate parent, and/or affiliate of Plaintiffs.

Dated: New York, New York
September 28, 2007

MAHONEY & KEANE, LLP
Attorneys for Plaintiffs
ORIENT OVERSEAS CONTAINER LINE
LIMITED and OOCL (USA) INC.

By: _____
Jorge A. Rodriguez (JR 2162)
111 Broadway, Tenth Floor
New York, New York 10006
Tel (212) 385-1422
Fax (212) 385-1605
Our File No. 12/3477

- 1 -

- 2 -

## SERVICE LIST

STRONG INTERNATIONAL TRADING CO.
1177 Flushing Avenue
Brooklyn, NY 11237

STRONG AMERICA LTD
2-39 54th Avenue
Long Island City, NY 11101

STRONG AMERICA LIMITED
1177 Flushing Avenue
Brooklyn, NY 11237