AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, COMPLAINT** |
| EFFECTED (1) BY ME: | **OUT OF STATE** |
| TITLE: | **PROCESS SERVER** Curtis Warren    DATE: 10-16-07 |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[X] Served personally upon the defendant:

STRONG AMERICA, LTD. - Quan Yang (authorized agent)

Place where served:

2 39 54th Avenue, Long Island City, NY 11101

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: Authorized agent

Description of person accepting service:

SEX: M   AGE: 40   HEIGHT: 5'8   WEIGHT: 180   SKIN: Yellow   HAIR: Black   OTHER: glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____      SERVICES $ ____.____      TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 10 / 16 / 2007         C. Warren    L.S. License no. 870667
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | JORGE A. RODRIGUEZ, ESQ. |
| PLAINTIFF: | ORIENT OVERSEAS CONTAINER LINE LIMITED, ET AL |
| DEFENDANT: | STRONG INTERNATIONAL TRADING CO., ET AL |
| VENUE: | SOUTHERN DISTRICT OF NEW YORK |
| DOCKET: | 07 CIV 8595 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** | |
|---|---|---|
| SERVICE OF: | **SUMMONS, COMPLAINT** | |
| EFFECTED (1) BY ME: | **OUT OF STATE** Curtis Wen | |
| TITLE: | **PROCESS SERVER** | DATE: 10-16-07 |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[X] Served personally upon the defendant:
STRONG AMERICA LIMITED — Quan Yang (authorized agent)

Place where served:
2-39 54th Avenue, Long Island City, NY 11101

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: Authorized agent

Description of person accepting service:

SEX: M  AGE: 40  HEIGHT: 5'8  WEIGHT: 180  SKIN: yellow  HAIR: black  OTHER: glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ___.___   SERVICES $ ___.___   TOTAL $ ___.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 10/16/2007       _____C. Wen_____  L.S. License No. 870667
                       SIGNATURE OF OUT OF STATE
                       GUARANTEED SUBPOENA SERVICE, INC.
                       2009 MORRIS AVENUE
                       UNION, NJ 07083

ATTORNEY: JORGE A. RODRIGUEZ, ESQ.
PLAINTIFF: ORIENT OVERSEAS CONTAINER LINE LIMITED, ET AL
DEFENDANT: STRONG INTERNATIONAL TRADING CO., ET AL
VENUE: SOUTHERN DISTRICT OF NEW YORK
DOCKET: 07 CIV 8595

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | | |
|---|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** | |
| SERVICE OF:<br>EFFECTED (1) BY ME:<br>TITLE: | **SUMMONS, COMPLAINT**<br>**OUT OF STATE** Curtis Warren<br>**PROCESS SERVER** | DATE: 10-16-07 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:
STRONG INTERNATIONAL TRADING, CO. - Quan Yang (authorized agent)

Place where served:
2-39 54th Avenue, Long Island City, NY 11101

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: Authorized agent

Description of person accepting service:
SEX: M   AGE: 40   HEIGHT: 5'8   WEIGHT: 180   SKIN: yellow   HAIR: black   OTHER: glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 10 / 16 / 2007         C Warren         L.S. Licen No 870667
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:    JORGE A. RODRIGUEZ, ESQ.
PLAINTIFF:   ORIENT OVERSEAS CONTAINER LINE LIMITED, ET AL
DEFENDANT:   STRONG INTERNATIONAL TRADING CO., ET AL
VENUE:       SOUTHERN DISTRICT OF NEW YORK
DOCKET:      07 CIV 8595

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RR