USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIENT OVERSEAS CONTAINER LINE
LIMITED and OOCL (USA) INC.,

              Plaintiff(s),

              -against-

STRONG INTERNATIONAL TRADING
CO., STRONG AMERICA LIMITED and
STRONG AMERICA LTD.

              Defendant(s).

1:07-cv-8595-SAS

DEFAULT JUDGMENT

        This action having been commenced on October 3, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendants, STRONG INTERNATIONAL TRADING CO., STRONG AMERICA LIMITED and STRONG AMERICA LTD. on October 16, 2007, by serving said documents on Quan Yang, authorized by appointment or law to receive service of process, at defendants' place of business, and a proof of service having been filed on October 29, 2007 and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

- 1 -

ORDERED, ADJUDGED AND DECREED: That the plaintiff have a judgment against defendants in the liquidated amount of 9,875.00, plus costs and disbursements of this action in the amount of $639.85, amounting in all to $10,514.85.

Dated: New York, New York

*March* 4, 2008

_____
U.S.D.J.